United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA ROIES, | No. C 12-00110 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATED REQUEST** |
| DEPUY ORTHOPAEDICS, INC., THOMAS P. SCHMALZRIED, M.D., A Professional Corporation, and DOES 1 through 20, inclusive, | |
| Defendants. / | |

The parties file a stipulated request for a stay of proceedings, pending the likely transfer of this action to MDL 2244 (Dkt. No. 15). In the interest of judicial economy, the stipulated request is **GRANTED**, subject to the following. The parties must file a status report by noon on March 2, 2012 if the action has not been transferred to the MDL.

**IT IS SO ORDERED.**

Dated:   January 23, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE